IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Alex Lunder,   ) | No.05-3662-PHX-ROS |
| ) | |
| Plaintiff,   ) | **ORDER** |
| ) | |
| vs.   ) | |
| ) | |
| Joe Arpaio,   ) | |
| ) | |
| Defendant.   ) | |
| ) | |

On November 15, 2005 Plaintiff, who was at that time incarcerated at the Durango Jail, filed the instant civil rights action pursuant to 42 U.S.C. § 1983 (Doc. #1). On March 31, 2006, Magistrate Judge Marshall issued a Report and Recommendation ("R&R") recommending that the Complaint be dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure (Doc. #9). No objections were filed by either party.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); Schmidt v. Johnstone, 263 F. Supp. 2d 1219, 1126 (D. Ariz. 2003) ("Following Reyna-Tapia, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"). District

1  courts are not required to conduct "any review at all . . . of any issue that is not the subject
2  of an objection." <u>Thomas v. Arn</u>, 474 U.S. 140, 149 (1985).  No objection having been
3  made, the Court will adopt the R&R in full.
4      Accordingly,
5      **IT IS ORDERED** that the Report and Recommendation (Doc. #9) is **ADOPTED** and
6  this action is **DISMISSED WITH PREJUDICE**.

8      DATED this 2nd day of June, 2006.

12                    Roslyn O. Silver
                  United States District Judge